JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GAVIN, | CV 26-1464 PA (MARx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BARRY CAREN, et al., | |
| Defendants. | |

Pursuant to the Court's June 29, 2026 Order dismissing without leave to amend the federal Racketeer Influenced and Corrupt Organizations Act claims asserted by plaintiff Robert Gain ("Plaintiff") against defendants Greenbert Traurig LLP, De Toledo High School, Mark Shpall, Richard David, Michelle Gavin, Barry Caren, and Stephanie Schwartz (collectively "Defendants"), and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    Plaintiff's Racketeer Influenced and Corrupt Organizations Act claims are dismissed with prejudice, and judgment is entered in favor of Defendants;

2.    The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claim are dismissed without prejudice.  See 28 U.S.C. § 1367(c)(3); and

3.    Plaintiff shall take nothing on his Racketeer Influenced and Corrupt Organizations Act claims, and Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: June 29, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-